JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th floor
   San Francisco, CA 94102
   Telephone: 415.436.7324
   Facsimile:   415.436.6748
   Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>    v.<br>APPROXIMATELY $34,320 IN UNITED STATES CURRENCY,<br>                    Defendant. | No. C 08-0318 SC<br><br>CERTIFICATE OF SERVICE |

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

      1.      Government Complaint for Forfeiture;

      2.      Notice of Forfeiture Action;

      3.      Warrant of Arrest of Property *In Rem;*

      4.      Order Setting Case Management Conference;

      5.      US District Court Rules and Guidelines;

      6.      ADR Dispute Resolution Procedures in the Northern District of California;

1   7. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

David Michael, Esq
101 California Street, Suite 2450
San Francisco, CA 94111
Attorney for Frank Joseph Alioto Jr.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  22nd  day of January , 2008, at San Francisco, California.

                                              /S/
                                   CAROLYN JUSAY
                                   Legal Assistant
                                   Asset Forfeiture Unit

Certificate of Service
C 08-0318 SC                                                                   2