**DAVID M. MICHAEL, SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
**101 California Street, Suite 2450**
**San Francisco, CA 94111**
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:      dmmp5@aol.com

**Attorney for Claimant**
**FRANK JOSEPH ALIOTO**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>APPROXIMATELY $34, 320 IN UNITED STATES CURRENCY,<br><br>       Defendant.<br>_____/<br>FRANK JOSEPH ALIOTO,<br><br>       Claimant.<br>_____/. | No. CV 08 0318 SC<br><br>**VERIFIED CLAIM OF**<br>**FRANK JOSEPH ALIOTO**<br>**OPPOSING FORFEITURE** |

  The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property.

Dated: 28 January 2008

  _____

               S/FRANK JOSEPH ALIOTO
               FRANK JOSEPH ALIOTO

VERIFIED CLAIM OF FRANK JOSEPH ALIOTO  OPPOSING FORFEITURE
CASE NO. CV 08 0318 SC

## **VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 28 January 2008

_____

                                                      S/FRANK JOSEPH ALIOTO
                                                     FRANK JOSEPH ALIOTO

## **CERTIFICATE OF ELECTRONIC FILING**

VERIFIED CLAIM OF FRANK JOSEPH ALIOTO OPPOSING FORFEITURE
CASE NO. CV 08 0318 SC

The undersigned hereby certifies that, on 28 January 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

SUSAN B. GRAY, CSBN 100374
Office of the U.S. Attorney
450 Golden Gate Avenue
Ninth Floor
San Francisco CA 94102
Susan.B.Gray@usdoj.gov

                                            <u>DAVID M. MICHAEL</u>
                                            DAVID M. MICHAEL
                                            Attorney for Claimant
                                            FRANK JOSEPH ALIOTO

VERIFIED CLAIM OF FRANK JOSEPH ALIOTO  OPPOSING FORFEITURE
CASE NO. CV 08 0318 SC