1   **DAVID M. MICHAEL, SBN 74031**
    **LAW OFFICES OF DAVID M. MICHAEL**
2   **101 California Street, Suite 2450**
    **San Francisco, CA 94111**
3   **Telephone:   (415) 946-8996**
    **Facsimile:   (877) 538-6220**
4   **E-mail:       dmmp5@aol.com**

5   **Attorney for Claimant**
    **FRANK JOSEPH ALIOTO**
6

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA

10              Plaintiff,                    **No. C 07 5413 MMC**

11  v.

12  APPROXIMATELY $61,505.00                  **JOINT NOTICE OF RELATED**
    IN UNITED STATES CURRENCY,                **CASES AND REQUEST FOR**
                                              **ASSIGNMENT BEFORE THE**
13              Defendant.                    **SAME COURT**
    _____/               **[Civil L.R. 3-12]**
14  FRANK JOSEPH ALIOTO,

15              Claimant.
    _____/.
16

17  UNITED STATES OF AMERICA

18              Plaintiff,                    **No. CV 08 0318 SC**

    v.
19
    APPROXIMATELY $34,320 IN
    UNITED STATES CURRENCY,
20

21              Defendant.
    _____/
    FRANK JOSEPH ALIOTO,
22
                Claimant.
23  _____/.

24

25         Claimant, FRANK JOSEPH ALIOTO, by and through his attorney, DAVID

26  MICHAEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its attorney,

27  SUSAN B. GRAY, hereby give notice that these two civil forfeiture cases are related within

28

JOINT NOTICE OF RELATED CASES AND REQUEST FOR ASSIGNMENT BEFORE THE SAME COURT
CASE NO. C 07 5413 MMC and Case No. No. CV 08 0318 SC     _____

1   the meaning of Civil Local Rule 3-12 and request that, for the reasons set forth herein, these

2   matters be consolidated before The Honorable Maxine Chesney, in the first filed case, C 07 5413

3   MMC.

4           The first filed case is the civil forfeiture case, Case No. C 07 5413 MMC, which was

5   filed on 23 October 2007, arising from a seizure of currency from Claimant Frank Alioto as he

6   deplaned from a Delta Airlines flight at San Francisco International Airport on 30 May 2007.  The

7   second filed case is the civil forfeiture case, Case No. CV 08 0381 SC, which was filed on 08

8   January 2008, arising from a second seizure of currency from Claimant Frank Alioto, as he

9   deplaned from another Delta Airlines flight at Oakland International Airport on 16 August 2007.

10  These seizures were made by agents from the Drug Enforcement Administration (DEA).  Special

11  Agent William Byrd was the DEA agent involved in both seizures and the same narcotics

12  detection canine was used in both seizures.  The complaints in both cases describe both seizures,

13  with only a few additional facts regarding the second seizure added to the complaint  in the case

14  before this court.  In both cases, the government seeks forfeiture of the seized funds pursuant to

15  21 U.S.C. § 881(a)(6), as funds either furnished or intended to be furnished in exchange for a

16  controlled substance or as proceeds traceable to such an exchange.

17          As provided in that Rule, and in light of the above facts,  it appears likely that there will

18  be an unduly burdensome duplication of labor and expense if the cases are conducted before

19  different Judges (Rule 3-12.1(b)(2)) and assignment to a single Judge is  likely to conserve judicial

20  resources and promote an efficient determination of the actions.  Rule 3-12.1(c)(3).

21          Therefore, the parties herein jointly request that these two cases be consolidated

22  pursuant to Civil Local Rule 3-12 and request that, for the reasons set forth herein, they be

23  consolidated before The Honorable Maxine Chesney, in the first filed case, C 07 5413 MMC.

24          It is further requested that, if the Court relates these cases as requested, that the present

25  Case Management Conference date of 25 April 2008 be maintained as the Case Management

26  Conference for both cases.

27

28

JOINT NOTICE OF RELATED CASES AND REQUEST FOR ASSIGNMENT BEFORE THE SAME COURT
CASE NO. C 07 5413 MMC and Case No. CV 08 0318 SC

2

Dated: 28 January 2008

Respectfully submitted,

s/ DAVID M. MICHAEL
DAVID M. MICHAEL, CSB #74031
Law Offices of David Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:      dmmp5@aol.com

Attorney for Claimant
FRANK JOSEPH ALIOTO, Jr.

Dated: 28 January 2008

S/SUSAN B.GRAY
SUSAN B. GRAY CSB #100374
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
Telephone: (415) 436-7324
Facsimile:   (415) 436-6748
Email:       Susan.B.Gray@usdoj.gov

JOINT NOTICE OF RELATED CASES AND REQUEST FOR ASSIGNMENT BEFORE THE SAME COURT
CASE NO. C 07 5413 MMC and Case No. CV 08 0318 SC

3