## CIVIL MINUTES

### Judge MAXINE M. CHESNEY

Date: APR 2 5 2008

C-08-0318-MMC

United States v. $34,320 in US Currency

Attorneys: Susan Gray / Edward Burch

Deputy Clerk: **TRACY LUCERO**   Reporter: Not Reported

**PROCEEDINGS:**  **RULING:**

1. _____

2. _____

3. _____

4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Joint Statement due by 9/12/08.

( ) ORDER TO BE PREPARED BY:  Plntf___ Deft___ Court___

( ) Referred to Magistrate For: _____
      ( ) By Court
(✓) CASE CONTINUED TO 9/19/08 @ 10:30 for Continued Case Management Conference

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ___ days
Type of Trial: ( ) Jury  ( ) Court
Notes: _____

(2 min)