IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-5413 MMC |
|     Plaintiff, | |
| v. | |
| APPROXIMATELY $61,505 IN U.S. CURRENCY, | |
|     Defendant. | |
| UNITED STATES OF AMERICA, | No. C 08-0318 MMC |
|     Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| APPROXIMATELY $34,320 IN U.S. CURRENCY, | |
|     Defendant. / | |

The Court is in receipt of the parties' Joint Case Management Statement, filed September 12, 2008, in which the parties request a continuance of the Case Management Conference for approximately four months in light of claimant Frank Joseph Alioto, Jr.'s pending motion to suppress in Case No. C 07-5413.

Good cause appearing, the Case Management Conference presently scheduled for September 19, 2008 is hereby CONTINUED to January 16, 2009.  A Joint Case Management Statement shall be filed no later than January 9, 2009.

**IT IS SO ORDERED.**

Dated: September 16, 2008

                                                 MAXINE M. CHESNEY
                                               United States District Judge