1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
3  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
4
       450 Golden Gate Ave., Box 36055
5      San Francisco, CA 94102
       Telephone: (415) 436-7324
6      Facsimile: (415) 436-7234
       Email: susan.b.gray@usdoj.gov
7
   Attorneys for Plaintiff
8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA          )   Nos.  C-07-5413 MMC
12                                    )         C-08-0318 MMC
         Plaintiff,                   )         (Related Cases)
13                                    )
             v.                       )   STIPULATION VACATING CASE
14                                    )   MANAGEMENT CONFERENCES;
   1. APPROXIMATELY $61,505.00 IN     )   [PROPOSED ORDER] ORDER
15 UNITED STATES CURRENCY, and        )   CONTINUING CASE MANAGEMENT
                                      )   CONFERENCE
16 2. APPROXIMATELY $34,320 IN        )
   UNITED STATES CURRENCY.            )
17                                    )
         Defendant.                   )
18                                    )
   _____)
                                      )
19 FRANK JOSEPH ALIOTO, Jr.,          )
                                      )
20       Claimant.                    )
   _____)
21
         Plaintiff, United States of America and Claimant, Frank Joseph Alioto, Jr., respectfully
22
   submit this Stipulation to continue the Case Management Conferences in the above entitled
23
   related cases.  The Case Management Conferences are currently set for January 16, 2009.
24
   However, a Motion to Suppress in case number C-07-5413 is scheduled to be heard by this Court
25
   on March 6, 2009 at 9:00 a.m.
26
         In view of the pending hearing on the Motion to Suppress, the parties respectfully request that
27
   the Case Management Conferences, set for January 16, 2009, be vacated and a new date set at the
28
   conclusion of the March 6, 2009, hearing.

   Stipulation Vacating Case Management Conferences; [Proposed Order]                    -1-

1

2

3

4      Dated: December 29, 2008

5

6

7      Dated: December 29, 2008

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

SUSAN B. GRAY
Assistant United States Attorney


DAVID. M. MICHAEL, ESQ.
Attorney for Claimant, Frank Joseph Alioto, Jr.

### [PROPOSED] ORDER

The Case Management Conferences in the above entitled cases, currently set for January 16, 2009, are hereby vacated and new conference dates will be set at the conclusion of the March 6, 2009, hearing.


IT IS SO ORDERED.


Dated: _____


_____
MAXINE M. CHESNEY
United States District Judge

Stipulation Vacating Case Management Conferences; [Proposed Order]

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 29, 2008

SUSAN B. GRAY
Assistant United States Attorney

Dated: December 29, 2008

DAVID M. MICHAEL, ESQ.
Attorney for Claimant, Frank Joseph Alioto, Jr.

### [PROPOSED] ORDER

The Case Management Conferences in the above entitled cases, currently set for January 16,
continued to April 10, 2009.
2009, are hereby ~~vacated and new conference dates will be set at the conclusion of the March 6,~~

~~2009, hearing~~.

IT IS SO ORDERED.

Dated: January 5, 2009

MAXINE M. CHESNEY
United States District Judge