JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973 )
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7324
   Facsimile: (415) 436-7234
   email:Susan.B.Gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>          v.<br><br>$61,505 IN UNITED STATES CURRENCY<br><br>_____<br><br>UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>          v.<br><br>$34,320 IN UNITED STATES CURRENCY<br><br><br>              Defendant. | **No.** C 07-5413 MMC<br>    C 08-0318 MMC<br>    (Related Cases)<br><br><br><br>**SETTLEMENT STIPULATION<br>AND [PROPOSED] FINAL ORDER<br>OF FORFEITURE** |

In full and final settlement of all claims and disputes arising from and related to the captioned forfeiture actions, plaintiff United States of America, and claimant Frank Joseph Alioto, Jr., hereby stipulate and agree as follows:

1.  This settlement is a compromise over disputed issues and does not constitute any admission of wrongdoing or liability by any party.

2.  On October 27, 2007, plaintiff filed a civil action C 07-5413 MMC seeking forfeiture of the above-captioned defendant property ($61,505 in United States currency).  On January 7, 2008, plaintiff filed a civil action C 08-0318 MMC seeking forfeiture of the above-captioned defendant property ($34,320 in United States currency).

3.  Frank Joseph Alioto, Jr. (hereinafter "Claimant") is the sole claimant to the defendant funds in both cases.

4.  Claimant does not contest plaintiff's claim that sufficient evidence exists for the seizure and forfeiture of the above-captioned defendant currency.

5.  Claimant agrees to forfeit to the United States  $47,912.50 of the defendant currency, with interest accrued thereon,  to the United States without further notice to him.   Claimant further relinquishes all right, title and interest in $47,912.50 of the defendant currency, and agrees that said funds, with interest accrued thereon,  shall be forfeited to the United States and disposed of according to law by the United States Marshals Service.

4.  $47,912.50, which represents the balance of the defendant currency, and interest accrued thereon,  shall be returned (via check made payable to Frank Joseph Alioto, Jr.  and David M. Michael) to Frank Joseph Alioto, Jr., through his attorney, David M. Michael, whose business address is 101 California Street, Suite 2450, San Francisco, California, 94111.  Such payment shall be in full settlement and satisfaction of any and all claims by Claimant, his heirs, representatives and assignees to the defendant currency indirectly or directly related to this action

5.  Claimant, his heirs, representatives and assignees, shall hold harmless the United States,

any and all agents, officers, representatives and employees of same, including all federal, state and local

enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the

defendant currency.

    6.    Each party shall pay its own attorney fees and costs.


Dated:03/13/09                               JOSEPH P. RUSSONIELLO
                                             United States Attorney



                                             _____/S/_____
                                             SUSAN B. GRAY
                                             Assistant United States Attorney


Dated:03/09/2009                             _____/S/_____
                                             DAVID M. MICHAEL
                                             Attorney for Frank Joseph Alioto, Jr.


Dated:03/06/2009                             _____/S/_____
                                             FRANK JOSEPH ALIOTO, JR.
                                             Claimant

SETTLEMENT AGREEMENT AND PROPOSED ORDER
[ C 07-5413MMC and  08-0318 MMC]                                    3

### ~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE

Based upon the above stipulation and all pleadings filed herein,

IT IS HEREBY ORDERED that $ 47,912.50 of the defendant funds, with interest accrued thereon,  shall be and hereby is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6).   All right, title and interest in said property is hereby vested in the United States of America.  The United States Marshals Service shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that $47,912.50 of the defendant funds, and interest accrued thereon, which represents the balance of the defendant funds, shall be returned to Claimant Frank Joseph Alioto, Jr., by and through his attorney David M. Michael, whose business address is 101 California Street, Suite 2450, San Francisco, California, 94111.  Said payment shall be in full settlement and satisfaction of any and all claims by claimant, his heirs, representatives and assignees to the defendant funds indirectly or directly related to this action.

IT IS FURTHER ORDERED that Claimant Frank Joseph Alioto, Jr., his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement  officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys fees.

IT IS SO ORDERED.

DATED:  March 16, 2009

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE