IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>APPROXIMATELY $61,505 IN UNITED STATES CURRENCY,<br>    Defendant,<br>  and<br>FRANK JOSEPH ALIOTO,<br>    Claimant.<br>_____/ | No. C 07-5413 MMC<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>APPROXIMATELY $34,320 IN UNITED STATES CURRENCY,<br>    Defendant,<br>  and<br>FRANK JOSEPH ALIOTO,<br>    Claimant.<br>_____/ | No. C 08-0318 MMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>APPROXIMATELY $104,770 IN UNITED STATES CURRENCY,<br>    Defendant,<br>  and<br>FRANK JOSEPH ALIOTO,<br>    Claimant.<br>_____/ | No. C 11-0249 CW |

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned cases to District Judge Maxine M. Chesney to consider whether they are related.

IT IS SO ORDERED.

Dated: 5/25/2011

CLAUDIA WILKEN
United States District Judge

2